# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROOSEVELT HILL,

    Petitioner,

v.                                                            CASE NO. 8:05-CV-911-T-30EAJ

JAMES McDONOUGH, et al.,

    Respondents.
_____/

## ORDER

This matter comes before the Court for consideration of Petitioner's Motion for Extension of Time to file a motion to proceed on appeal *in forma pauperis* (Dkt. 20), and Application for Certificate of Appealability ("COA") (Dkt. 21).

The Court denied Petitioner's claims on the merits (Dkt. 15).  While issuance of a COA does not require a showing that the appeal will succeed, *see Miller-El v. Cockrell*, 537 U.S. 322, 336-37 (2003), under the controlling standard, a petitioner must demonstrate that reasonable jurists would find the Court's assessment of the petitioner's constitutional claims debatable or wrong.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001).  Petitioner has failed to make this threshold showing.  *See Slack*, 529 U.S. at 485.

Furthermore, the Court will construe Petitioner's Motion for Extension of Time to file a motion to proceed on appeal *in forma pauperis* (Dkt. 20) as an application to proceed on

appeal *in forma pauperis*, and because the Court finds that Petitioner is not entitled to a COA, he will not be granted leave to proceed on appeal *in forma pauperis*.

ACCORDINGLY, the Court **ORDERS** that:

1. Petitioner's Application for Certificate of Appealability is **DENIED** (Dkt. 21).

2. Petitioner's construed application to proceed on appeal *in forma pauperis* is **DENIED** (Dkt. 20).

**DONE** and **ORDERED** in Tampa, Florida on May 19, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copy to: *Pro se* Petitioner
Counsel of Record